IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LUKE J. SOULE,<br><br>  Defendant. | 8:01CR257<br><br>**ORDER** |

This matter is before the Court on the motion of the defendant seeking compassionate release. Filing No. 33. The Defendant seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) as amended by Section 603 of the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018). Defendant has filed his request for release with the prison system, and his request for compassionate release was denied by the warden of FCI Sandstone.

The government has now responded to the motion. Filing No. 44. The Court will order the probation department to do an investigation and present a report within 14 days of the date of this order.

THEREFORE, IT IS ORDERED THAT THE United States Probation and Pretrial Services for the State of Nebraska, Kit Lemon, shall conduct an investigation on the request for compassionate release in this case and shall submit it to the Court within 14 days of the date of this Order.

Dated this 24th day of July 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge